SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI FILED
2024 JAN 17 P 4: 22

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>FERNANDO D. BOLDEN,<br><br>  Defendant. | Case No. 24-CR **24-CR-002**<br>[18 U.S.C. §§ 922(g)(1), 924(a)(8) & 924(c); 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)] |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about March 27, 2023, in the State and Eastern District of Wisconsin,

**FERNANDO D. BOLDEN,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Glock, model 19GEN5, 9mm pistol bearing serial number AGRZ873.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about March 27, 2023, in the State and Eastern District of Wisconsin,

**FERNANDO D. BOLDEN**

knowingly and intentionally possessed with intent to distribute controlled substances.

2. The offense involved 40 grams or more of a mixture and substance containing fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance; a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance; a mixture and substance containing cocaine, a Schedule II controlled substance; and a mixture and substance containing 3,4-Methylenedioxymethamphetamine, commonly known as "MDMA" or "Ecstasy," a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 27, 2023, in the State and Eastern District of Wisconsin,

**FERNANDO D. BOLDEN**

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 15, 2023, in the State and Eastern District of Wisconsin,

**FERNANDO D. BOLDEN**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2(a).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 20, 2023, in the State and Eastern District of Wisconsin,

**FERNANDO D. BOLDEN**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2(a).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 29, 2023, in the State and Eastern District of Wisconsin,

**FERNANDO D. BOLDEN**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2(a).

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 2, 2023, in the State and Eastern District of Wisconsin,

**FERNANDO D. BOLDEN**

knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2(a).

## FORFEITURE NOTICE

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count One of this Indictment, or of the offense in violation of Title 18, United States Code, Section 924(c) set forth in Count Three of this Indictment, the defendant, Fernando D. Bolden, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the offenses including, but not limited to: a Glock, model 19GEN5, 9mm pistol bearing serial number AGRZ873; and a Polymer 9mm pistol.

2. Upon conviction of the offenses in violation of Title 21, United States Code, Section 841(a)(1) set forth in Counts Two through Seven of this Indictment, the defendant, Fernando D. Bolden, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, all property constituting or derived from any proceeds obtained as a result of the offenses, and all property used or intended to be used to commit or facilitate the commission of the offenses, including, but not limited to approximately $50,259 in United States currency seized from the residence located at XXXX N. 42nd Street, Milwaukee, Wisconsin, on or about March 27, 2023.

A TRUE BILL:

FOREPERSON

Date: 1-17-2024

GREGORY J. HAANSTAD
United States Attorney

8